1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

TRAVIS L. BROCK,

8

Plaintiff,

NO.  CV-09-0035-RHW

9

v.

10

U.S. DEPARTMENT OF THE
ARMY, ARMY CORPS OF
ENGINEERS, NORTHWEST
DIVISION,
August 13, 2009
              Defendant.

**ORDER GRANTING
STIPULATION FOR DISMISSAL**

11
12
13
14
15
16

Before the Court is the parties' Stipulation for Dismissal (Ct. Rec. 7).  The parties indicate that they have resolved all issues in this case and agree that the case should be dismissed with prejudice.

17

Accordingly, **IT IS HEREBY ORDERED:**

18

1.   The parties' Stipulation for Dismissal (Ct. Rec. 7) is **GRANTED**.

19

2.   The above-captioned case is **dismissed,** with prejudice.

20

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to Plaintiff and counsel, and **close the file**.

21
22

**DATED** this 14th day of August, 2009.

23
24
25

*s/Robert H. Whaley*

26

ROBERT H. WHALEY
United States District Judge

27
28

Q:\CIVIL\2009\Block\dismiss.wpd

**ORDER GRANTING STIPULATION FOR DISMISSAL** ~ 1